UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL ALEXANDER TAYLOR, <br><br> Defendant. | Case No. CR98-00726-002 RSM <br><br> **PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE** |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on March 17, 2009. The defendant appeared pursuant to a warrant issued in this case. The United States was represented by Michael Dion, and defendant was represented by Keith Macfie. Also present was U.S. Probation Officer Robin L. Elliot. The proceedings were digitally recorded.

## CONVICTION AND SENTENCE

Defendant was sentenced on July 30, 1999 by the Honorable Barbara J. Rothstein for Conspiracy to Distribute Methamphetamine. He received 60 months of imprisonment and 5 years of supervised release. Defendant has a history of violations of his supervised release.

## PRIOR VIOLATIONS

1. On March 3, 2004, the Court modified the conditions of supervision with the defendant's consent, to include 120 days of home confinement with electronic monitoring, due to

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO VIOLATIONS OF
SUPERVISED RELEASE -1

defendant's admitted use of phencyclidine (PCP).

2. On March 9, 2005, the Court modified the conditions of supervision with the defendant's consent, to include participation in a residential reentry center program for 120 days, due to defendant's admitted use of marijuana and heroin.

3. On September 17, 2008, the Court directed the issuance of summons based upon four supervision violations:

    a. Committing the crime of Attempting to Elude a Police Vehicle;

    b. Committing the crime of Negligent Driving, First Degree;

    c. Committing the crime of Driving Under the Influence; and

    d. Consuming PCP.

On October 24, 2008, defendant admitted all four violations of supervision. Defendant's supervised release was revoked on October 29, 2008, and he received 30 days of imprisonment. Upon release from imprisonment, defendant was placed on 12 months of supervision with standard and special conditions of supervision. Defendant's term of supervised release commenced December 2, 2008, and is scheduled to terminate on December 1, 2009.

## PRESENTLY ALLEGED VIOLATIONS AND DEFENDANT'S ADMISSION OF THE VIOLATION

In a petition dated February 26, 2009, Senior U.S. Probation Officer Mark J. Chance alleged that defendant violated the following conditions of supervised release:

1. Using phencyclidine (PCP) on or before February 23, 2009, in violation of standard condition No. 7.

2. Failing to comply with the home confinement program with electronic monitoring and sobrietor, in violation of special condition No. 8.

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO VIOLATIONS OF
SUPERVISED RELEASE -2

Defendant admitted the above violations, waived any hearing as to whether they occurred, and was informed the matter would be set for a disposition hearing on March 27, 2009 at 2:30 p.m. before District Judge Ricardo S. Martinez.

RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release as alleged above, and conduct a disposition hearing.

DATED this 17th day of March, 2009.

BRIAN A. TSUCHIDA
United States Magistrate Judge